BARBARA L. SESAN, as Executrix of HERMAN SESAN, Deceased, Respondent, v. AMERICAN HOME PRODUCTS CORP. et al., Defendants, and THEODORE I. JONES, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

FLORENCE SCHNUR et al., Plaintiffs, v. CITY OF NEW YORK, Respondent, and LILIA BONARDI, Appellant.—

Concur — Stevens, P. J., Eager, McGivern and Nunez, JJ.